**Nos. 19-4161 (L),**
**19-4162, 19-4163, 19-4164, 19-4165, 19-4166, 19-4183**

---

**In the**
**United States Court of Appeals for the Sixth Circuit**

---

CITY OF EUGENE, OREGON, *et al.*,

*Petitioners,*

v.

FEDERAL COMMUNICATIONS COMMISSION, *et al.*,

*Respondents,*

NCTA – THE INTERNET & TELEVISION ASSOCIATION, *et al.*,

*Intervenors.*

---

On Petition for Review from an
Order of the Federal Communications Commission

---

**MOTION FOR LEAVE TO WITHDRAW**

---

Intervenor NCTA – The Internet & Television Association ("NCTA"), by counsel, respectfully requests that one of its counsel, Elizabeth B. Deutsch of Jenner & Block LLP, be granted leave to withdraw her appearance on behalf of NCTA in this matter. In support of this motion, NCTA states the following:

1.      Elizabeth B. Deutsch is leaving Jenner & Block LLP, effective May 7, 2021, and will no longer be representing NCTA in this matter.

2.      Jenner & Block LLP attorneys continue to represent NCTA as counsel in this matter, and accordingly NCTA will not be prejudiced by the withdrawal of Elizabeth B. Deutsch.

WHEREFORE, NCTA respectfully requests that Elizabeth B. Deutsch of Jenner & Block LLP be granted leave to withdraw her appearance on behalf of NCTA in this matter.

Respectfully submitted,

Dated: May 6, 2021

*/s/ Elizabeth B. Deutsch*
Elizabeth B. Deutsch
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001
edeutsch@jenner.com
(202) 639-6000 (telephone)
(202) 639-6066 (facsimile)

*Counsel for Intervenor NCTA*

## CERTIFICATE OF SERVICE

I certify that, on May 6, 2021, a true and correct copy of the foregoing was filed with the Clerk of the United States Court of Appeals for the Sixth Circuit via the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Dated: May 6, 2021                    */s/ Elizabeth B. Deutsch*
                                      Elizabeth B. Deutsch
                                      JENNER & BLOCK LLP
                                      1099 New York Avenue, NW
                                      Washington, DC 20001
                                      edeutsch@jenner.com
                                      (202) 639-6000 (telephone)
                                      (202) 639-6066 (facsimile)